**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:12-cv-00031-MR-DLH**

| | |
|---|---|
| **KEVIN TRACY and KATHRYN L. TRACY,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **BANK OF AMERICA, N.A.,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

## J U D G M E N T

**FOR THE REASONS STATED** in the Memorandum of Decision and Order filed contemporaneously herewith, **IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment is **GRANTED**, and this action is hereby **DISMISSED**.

Martin Reidinger
United States District Judge